IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PATRICIA SCURRY, | * |
| Plaintiff, | * |
| vs. | * CASE NO: 7:04-cv-122(HL) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's ORDER dated March 9, 2006, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of the Defendant, and accordingly, Defendant is awarded costs in this action.

This the 9th day of March, 2006.

***GREGORY J. LEONARD, CLERK***


BY:  s/Robin Walsh
U. S. Deputy Clerk